UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES, LTD. and<br><br>RANBAXY, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of Health and Human Services;<br><br>MARGARET HAMBURG, M.D., in her official capacity as Commissioner of Food and Drugs; and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:14-mc-01313
Assigned To : Unassigned
Assign. Date : 11/14/2014
Description: Miscellaneous

**MOTION OF RANBAXY LABORATORIES, LTD. AND RANBAXY, INC. FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs Ranbaxy Laboratories, Ltd. and Ranbaxy, Inc. (collectively, "Ranbaxy") respectfully move for leave to file Exhibit A to their memorandum in support of motion for a temporary restraining order, which contains confidential financial information, under seal pursuant to Local Rule 5.1(h)(1) and to redact portions of the pleadings accordingly. Defendants do not oppose this motion. The grounds for this unopposed motion are set forth in the accompanying Statement of Points and Authorities, pursuant to Local Rule 7(a). A proposed order accompanies this motion.

Dated: November 14, 2014

Respectfully submitted,

By: /s/

Michael D. Shumsky (D.C. Bar No. 495078)*
John K. Crisham (D.C. Bar No. 486491)
Stephen S. Schwartz (D.C. Bar No. 477947)
KIRKLAND & ELLIS LLP
655 15th Street N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000
(202) 879-5200  fax

*Counsel of Record

*Counsel for Ranbaxy Laboratories, Ltd. and Ranbaxy, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of November, 2014, he caused the foregoing **MOTION OF RANBAXY LABORATORIES, LTD. AND RANBAXY, INC. FOR LEAVE TO FILE UNDER SEAL** to be served upon the following via messenger and/or electronic mail:

William B. Schultz
General Counsel
U.S. Department of Health and Human Services
200 Independence Ave., S.W.
Room 713-F
Washington, D.C. 20201
(202) 690-7741
William.Schultz@hhs.gov

Elizabeth H. Dickinson, Esq.
Chief Counsel
U.S. Food & Drug Administration
White Oak Building 31, Room 4536
10903 New Hampshire Ave.
Silver Spring, MD 20993
(301) 796-8540
Elizabeth.Dickinson@fda.hhs.gov

Office of the Attorney General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-2000

Ronald C. Machen Jr.
United States Attorney
Judicial Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7566

*Counsel for Federal Defendants*

_____
Michael D. Shumsky
*Counsel for Ranbaxy Laboratories, Ltd. and Ranbaxy, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES, LTD. and <br><br> RANBAXY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of Health and Human Services; <br><br> MARGARET HAMBURG, M.D., in her official capacity as Commissioner of Food and Drugs; and <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> Defendants. | Case No. _____ |

**UNOPPOSED STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF RANBAXY LABORATORIES, LTD. AND RANBAXY, INC. FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs Ranbaxy Laboratories, Ltd. and Ranbaxy, Inc. (collectively, "Ranbaxy") respectfully submit this statement of points and authorities in support of their unopposed motion to seal certain confidential financial information.

**FACTUAL BACKGROUND**

This lawsuit challenges a November 4, 2014 Letter Decision issued by defendant United States Food and Drug Administration ("FDA" or "the Agency"), which rescinds the Agency's prior decisions granting tentative approval ("TA") to Ranbaxy's Abbreviated New Drug Application ("ANDA") Nos. 077830 and 078078

and holds that Ranbaxy therefore has forfeited its statutory right to 180-day generic marketing exclusivity for those two products. Ranbaxy also seeks the entry of a temporary restraining order so as to prevent FDA from approving or maintaining the approval of any ANDA referencing New Drug Application ("NDA") Nos. 021153 or 021304, except for Ranbaxy's ANDA Nos. 077830 and 078078. By this motion, Ranbaxy respectfully moves this Court for leave to file the following document under seal:

Exhibit A to their memorandum in support of motion for a temporary restraining order, the unredacted Declaration of Dan Schober.

That Declaration contains highly confidential financial information that relates to this dispute and in particular to the harm that Ranbaxy would suffer absent injunctive relief. Ranbaxy also has provided the Court with a redacted version of the Declaration that is suitable for public disclosure.

## ARGUMENT

This Court applies the following factors in considering whether to grant a motion to seal:

> (1) the need for public access to the judicial proceeding; (2) the extent to which the public had access to the documents prior to the sealing order; (3) the fact that a party has objected to the disclosure and the identity of that party; (4) the strength of the property and privacy interests; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced.

*Public Citizen Health Research Group v. FDA*, 953 F. Supp. 400, 405 (D.D.C. 1996) (citing *United States v. Hubbard*, 650 F.2d 293, 317-22 (D.C. Cir. 1980)). In this

case, not only do defendants not oppose plaintiffs' motion to seal, but in fact all six factors weigh heavily in favor of granting the motion.

*First*, the public's access to the proceedings will not be hindered by sealing the financial information identified above because the public will have access to the Court's decision in this matter, all other pleadings, and a redacted version of the Declaration. *Hubbard*, 650 F.2d at 318.

*Second*, the public has never had access to any of the confidential financial information Ranbaxy seeks to file under seal. *See id.* at 318. Indeed, Ranbaxy has asserted its privacy interests in this information at the first opportunity, thus weighing in favor of permission to file the information under seal. *See id.*

*Third*, no party has objected to the filing under seal of this confidential financial information. *See id.* at 319.

*Fourth*, Ranbaxy has a property and privacy interest in its confidential financial information, which it protects from disclosure. *See id.* at 320; *see also New York v. Microsoft Corp.*, No. 98-1233, 2002 WL 1315804, at *2 (D.D.C. May 8, 2002) ("Microsoft has clearly objected to disclosure of [confidential business] information in open court and has displayed strong property and privacy interests in maintaining the confidentiality of the information at issue."). Indeed, sensitive financial data like that at issue in this case "is commonly sealed in federal civil litigation," *Paleteria La Michoacana, Inc. v. Productos Lacteos Tocumbo S.A. de C.V.*, 292 F.R.D. 19, 25 (D.D.C. 2013), including cases that involve the very same kind of issues presented in this litigation. *See, e.g.*, Order Granting Mot. for Leave

to File Under Seal (5/9/14), *Teva Pharm. Indus., Ltd. v. Sebelius*, Case No. 1:14-cv-00786, Dkt. No. 2.

***Fifth***, Ranbaxy will be harmed if its confidential financial information is made public. *See Standard Havens, Inc. v. Manbeck*, No. 91-3036, 1992 U.S. Dist. LEXIS 22560, at *31 (D.D.C. Aug. 14, 1992) ("The court shall grant Gencor's motion to seal its reply to the Commissioner's opposition in the present case because it contains confidential business information [that] could harm Gencor if released to the public."). "Protecting an entity's 'competitive standing' through retained confidentiality in business information has been recognized as an appropriate justification for the restriction of public or press access." *Microsoft*, 2002 WL 1315804, at *1; *see also McConnell v. FEC*, 251 F. Supp. 2d 919, 934 (D.D.C. 2003) ("Real and substantial harm ... would result from the disclosure of this information").

***Sixth***, Ranbaxy introduces this highly confidential financial information to substantiate its claim that it will suffer irreparable harm if the FDA approves any of Ranbaxy's competitors' ANDAs, because by normal operation of the Hatch-Waxman Act, 21 U.S.C. § 355(j), Ranbaxy—and Ranbaxy alone—is entitled to 180 days of generic marketing exclusivity for the above-referenced drug products. No party has argued that this document should not be filed under seal; therefore, the purpose for which this document is being introduced militates in favor of granting the motion. *Cf. Hubbard*, 650 F.2d at 321-22.

At bottom, because all six factors support filing this confidential business and financial information under seal, this unopposed motion should be granted.

## CONCLUSION

For the foregoing reasons, Ranbaxy respectfully requests that the Court grant this unopposed motion to seal.

Dated: November 14, 2014              Respectfully submitted,

By: /s/
Michael D. Shumsky (D.C. Bar No. 495078)*
John K. Crisham (D.C. Bar No. 486491)
Stephen S. Schwartz (D.C. Bar No. 477947)
KIRKLAND & ELLIS LLP
655 15th Street N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000
(202) 879-5200 fax

*Counsel of Record

*Counsel for Ranbaxy Laboratories, Ltd. and Ranbaxy, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of November, 2014, he caused the foregoing **UNOPPOSED STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF RANBAXY LABORATORIES, LTD. AND RANBAXY, INC. FOR LEAVE TO FILE UNDER SEAL** to be served upon the following via messenger and/or electronic mail:

William B. Schultz
General Counsel
U.S. Department of Health and Human Services
200 Independence Ave., S.W.
Room 713-F
Washington, D.C. 20201
(202) 690-7741
William.Schultz@hhs.gov

Elizabeth H. Dickinson, Esq.
Chief Counsel
U.S. Food & Drug Administration
White Oak Building 31, Room 4536
10903 New Hampshire Ave.
Silver Spring, MD 20993
(301) 796-8540
Elizabeth.Dickinson@fda.hhs.gov

Office of the Attorney General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-2000

Ronald C. Machen Jr.
United States Attorney
Judicial Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7566

*Counsel for Federal Defendants*

_____
Michael D. Shumsky
*Counsel for Ranbaxy Laboratories, Ltd. and Ranbaxy, Inc.*